1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair,  Nevada Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

15

## UNITED STATES DISTRICT COURT

16

## DISTRICT OF NEVADA

17

18

| | |
|---|---|
| 19  U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC., et al., <br><br> Defendants. | Case No.: 2:21-cv-00127-GMN-EJY <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS** <br><br> **(First Request)** |

26

27

28



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

602365.1

Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10 ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 22, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-828245-C [ECF No. 1-1];
2. On January 24, 2021, Fidelity filed a Petition for Removal to this Court [ECF No. 1];
3. On February 23, 2021, U.S. Bank filed a Motion for Remand [ECF No. 9];
4. On February 23, 2021, U.S. Bank filed a Motion for Costs and Fees [ECF No. 10];
5. Fidelity's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is currently March 9, 2021;
6. Fidelity's counsel is requesting an extension until March 30, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Fidelity requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Fidelity additional time to respond to the legal arguments set forth in U.S. Bank's motions;
8. U.S. Bank does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
602365.1

**IT IS SO STIPULATED** that Fidelity's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including March 30, 2021.

Dated: March 8, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: /s/-- Sophia S. Lau
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: March 8, 2021

SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: March 8, 2021

WRIGHT FINLAY & ZAK, LLP

By: /s/-Lindsay D. Robbins
LINDSAY D. ROBBINS
Attorneys for Plaintiff U.S. BANK BANK, N.A.

**IT IS SO ORDERED.**

Dated this  9  day of March, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

602365.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                              */s/ D'Metria Bolden*
                                              D'METRIA BOLDEN
                                              An Employee of EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

