WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, As Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00127-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 19-21]**<br><br>**[First Request]** |

Plaintiff, U.S. Bank National Association, As Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10 ("U.S. Bank Trustee"), Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendants Fidelity National Title Insurance Company ("Fidelity National"), and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency", collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 22, 2021, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-828245-C [ECF No. 1-1];

2. On January 24, 2021, Fidelity National filed its Petition for Removal to this Court [ECF No. 1];

3. On March 29, 2021, Defendants filed their Motions to Dismiss [ECF No. 19-21];

4. U.S. Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently April 12, 2021;

5. U.S. Bank Trustee's counsel is requesting an extension until May 12, 2021, to file its response to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for U.S. Bank Trustee additional time to finalize and respond to the points and authorities cited to in Defendants' Motions.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 12th day of April, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, As Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10*

DATED this 12th day of April, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc., Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this  12  day of April, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT