1  WRIGHT, FINLAY & ZAK, LLP
2  Darren T. Brenner, Esq.
   Nevada Bar No. 8386
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, U.S. Bank National Association, As Trustee for Structured Asset*
7  *Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10*

8              **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
9

10  U.S. BANK NATIONAL ASSOCIATION,            Case No.:  2:21-cv-00127-GMN-EJY
    AS TRUSTEE FOR STRUCTURED ASSET
11  INVESTMENT LOAN TRUST MORTGAGE
    PASS-THROUGH CERTIFICATES, SERIES          **STIPULATION AND ORDER TO**
12  2005-10,                                   **EXTEND TIME PERIOD TO RESPOND**
                                               **TO MOTIONS TO DISMISS [ECF Nos.**
13                                             **19-21]**
                       Plaintiff,
14       vs.
                                               **[Second Request]**
15
    FIDELITY NATIONAL TITLE GROUP,
16  INC.; FIDELITY NATIONAL TITLE
    INSURANCE COMPANY; FIDELITY
17  NATIONAL TITLE AGENCY OF
    NEVADA, INC.; DOE INDIVIDUALS I
18  through X; and ROE CORPORATIONS XI
    through XX, inclusive,
19                     Defendants.
20

21       Plaintiff, U.S. Bank National Association, As Trustee for Structured Asset Investment

22  Loan Trust Mortgage Pass-Through Certificates, Series 2005-10 ("U.S. Bank Trustee"),

23  Specially-Appearing Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendants

24  Fidelity National Title Insurance Company ("Fidelity National"), and Fidelity National Title

25  Agency of Nevada, Inc. ("Fidelity Agency", collectively "Defendants"), by and through their

26  counsel of record, hereby stipulate and agree as follows:

27      1.  On January 22, 2021, U.S. Bank Trustee filed its Complaint in Eighth Judicial District

28          Court, Case No. A-21-828245-C [ECF No. 1-1];

2. On January 24, 2021, Fidelity National filed its Petition for Removal to this Court [ECF No. 1];

3. On March 29, 2021, Defendants filed their Motions to Dismiss [ECF No. 19-21];

4. U.S. Bank Trustee's deadline to respond to Defendants' Motions to Dismiss is currently May 12, 2021 [ECF No. 28];

5. U.S. Bank Trustee's counsel is requesting an extension until June 11, 2021, to file its response to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for U.S. Bank Trustee additional time to finalize and respond to the points and authorities cited to in Defendants' Motions as day-to-day handling counsel for U.S. Bank Trustee will be out on maternity leave.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

   **IT IS SO STIPULATED.**

DATED this 11ᵗʰ day of May, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National*
*Association, As Trustee for Structured Asset*
*Investment Loan Trust Mortgage Pass-*
*Through Certificates, Series 2005-10*

DATED this 11ᵗʰ day of May, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National*
*Title Group, Inc., Fidelity National Title*
*Insurance Company and Fidelity National*
*Title Agency of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this __12__ day of May, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT