Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, and FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00127-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS AND OPPOSE MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 19-21, 37)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company. ("FNTIC") and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency") (collectively "Defendants") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and

stipulate as follows:

1. On January 22, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On January 24, 2021, FNTIC removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. March 29, 2021, FNTG, FNTIC, and Fidelity Agency moved to dismiss U.S. Bank's complaint (ECF Nos. 19-21);

4. On June 11, 2021, U.S. Bank filed its responses to FNTG, FNTIC, and Fidelity Agency's motions to dismiss (ECF Nos. 34-36) and filed a countermotion for partial summary judgment to FNTIC's motion to dismiss (ECF No. 37);

5. On June 16, 2021, the Court granted the parties first stipulation extending the time for Defendants to reply in support of their motions to dismiss and for FNTIC to oppose the countermotion for partial summary judgment to July 16, 2021 (ECF No. 41);

6. Defendants request a 31-day extension of their respective deadlines to reply in support of the motions to dismiss and of FNTIC's deadline to oppose the countermotion for summary judgment, through and including Monday, August 16, 2021, to afford Defendants' counsel additional time to review and respond to U.S. Bank's oppositions and countermotion.

7. Counsel for U.S Bank does not oppose the requested extension;

8. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to reply in support of their motions to dismiss and oppose U.S. Bank's countermotion is hereby extended through and including Monday, August 16, 2021.

Dated: July 14, 2021     SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC., FIDELITY NATIONAL TITLE INSURANCE COMPANY, and FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

Dated: July 14, 2021     WRIGHT FINLAY & ZAK, LLP

By: _/s/-Christina V. Miller_
CHRISTINA V. MILLER
Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this __15__ day of July, 2021

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

