WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00127-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff, U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-10 ("Plaintiff"), Specially Appearing Defendant Fidelity National Title Group, Inc., and Defendants Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is

2  dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 14th day of November, 2022.     DATED this 14th day of November, 2022.

4    WRIGHT, FINLAY & ZAK, LLP                  SINCLAIR BRAUN LLP

5

6    _/s/ Darren T. Brenner, Esq._              _/s/ Kevin S. Sinclair, Esq._

7    Darren T. Brenner, Esq.                    Kevin S. Sinclair, Esq.,
     Nevada Bar No. 8386                        Nevada Bar No. 12277
8    7785 W. Sahara Ave., Suite 200             16501 Venture Blvd., Suite 400
     Las Vegas, NV 89117                        Encino, CA 91436
9    _Attorneys for Plaintiff, U.S. Bank National_   _Attorneys for Defendants Fidelity National_
     _Association, as Trustee for Structured Asset_  _Title Group, Inc., Fidelity National Title_
10   _Investment Loan Trust Mortgage Pass-_          _Insurance Company, and Fidelity National_
     _Through Certificates, Series 2005-10_          _Title Agency of Nevada, Inc._
11

12

13                                            **IT IS SO ORDERED.**

14

15

16   _____

17   UNITED STATES DISTRICT JUDGE

18   Dated: November 14, 2022

19

20

21

22

23

24

25

26

27

28